Ricky R. Franklin
708 Brambling Way
Stockbridge GA, 30281
678-650-3733
rrfrank12@hotmail.com
Pro Se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RICKY R. FRANKLIN<br>    Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.,<br>    Defendant | ) Case Number: 15-cv-05448-~~EDL~~ WHA<br>)<br>) MOTION FOR PERMISSION FOR<br>) ELECTRONIC CASE FILING<br>)<br>) Judge ~~ELIZABETH D. LAPORTE~~<br>)<br>) |

As the Plaintiff Ricky R. Franklin in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing (e-filing) in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree by them.
2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.
3. I have regular access to the technical requirements necessary to e-file successfully:
   - ✓ A computer with internet access;
   - ✓ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system;
   - ✓ A scanner to convert documents that are only paper format into electronic files;
   - ✓ A word-processing program to create documents; and
   - ✓ A pdf reader and pdf writer to convert word processing documents into pdf format, that only electronic format in which documents can be e-filed.

Date: 4 DEC 15               Signature _Ricky R. Franklin_

Ricky R. Franklin
708 Brambling Way
Stockbridge GA, 30281
678-650-3733
rrfrank12@hotmail.com
Pro Se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY R. FRANKLIN<br>    Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.,<br>    Defendant | ) Case Number: 15-cv-05448-~~EDL~~ WHA<br>)<br>) ~~PROPOSED~~ ORDER GRANTING<br>) MOTION FOR PERMISSION FOR<br>) ELECTRONIC CASE FILING<br>)<br>) DATE:<br>) TIME:<br>) COURTROOM:<br>) JUDGE: ~~ELIZABETH D. LAPORTE~~<br>          William Alsup |

The Court has considered the Motion for Permission for Electronic Case Filing.

Finding that good cause exists, the Motion is Granted.


IT IS SO ORDERED


DATED: December 16, 2015.            _/s/ William Alsup_

                                United States District/~~Magistrate~~ Judge

2