1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICKY R. FRANKLIN,<br><br>       Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>       Defendant. | CASE NO.: 3:15-cv-05448-WHA<br><br>**[P~~ROPOSED~~] ORDER EXTENDING TIME FOR FACEBOOK, INC. TO RESPOND TO THE AMENDED COMPLAINT**<br><br>Complaint Filed Date:  April 29, 2015<br><br>Judge:         Hon. William Alsup<br>Courtroom:  Courtroom 8, 19th Floor |

Before the Court is Plaintiff Ricky R. Franklin's and Defendant Facebook, Inc.'s Joint Stipulated Request for an Order Extending Facebook's Time to Respond to Plaintiff's First Amended Complaint. The Court, having considered the Parties' submissions, hereby rules as follows:

The Parties' request is **GRANTED**. The Court hereby orders as follows:

1. The Amended Complaint (D.E. 34) is the operative complaint;

2. Facebook's motion to dismiss the Amended Complaint is due on February 5, 2016;

3. Plaintiff shall have until March 11, 2016 to file an opposition to Facebook's motion to dismiss the Amended Complaint; and

4. Facebook shall have until March 25, 2016 to submit a reply brief.

**IT IS SO ORDERED.**

Dated: January 4, 2016,   _____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE