1  Kristin Sheffield-Whitehead (SBN 304635)
   KIRKLAND & ELLIS LLP
2  555 California Street
   San Francisco, CA 94104
3  Telephone: (415) 439-1400
   Facsimile: (415) 439-1500
4  Email: kristin.sheffield-whitehead@kirkland.com

5  Attorneys for Defendant
   *Facebook, Inc.*
6
7
8                  **UNITED STATES DISTRICT COURT**
9                  **NORTHERN DISTRICT OF CALIFORNIA**
10                 **SAN FRANCISCO DIVISION**

11 | | |
|---|---|
| RICKY R. FRANKLIN, | CASE NO.: 3:15-cv-05448-WHA |
| Plaintiff, | |
| v. | **JOINT STIPULATED REQUEST FOR AN ORDER VACATING ALL DEADLINES** |
| FACEBOOK, INC., | |
| Defendant. | Complaint Filed Date:  April 29, 2015 |
| | Judge:         Hon. William Alsup |
| | Courtroom:  Courtroom 8, 19th Floor |

Pursuant to Civil L.R. 6, Plaintiff Ricky R. Franklin ("Plaintiff") and Defendant Facebook, Inc. ("Facebook") (collectively, the "Parties") hereby request that the Court vacate all deadlines, as described below, and as set forth in the attached proposed order. The Parties further state that:

WHEREAS, on December 23, 2015, the Parties filed a joint request for an order extending Facebook's time to respond to Plaintiff's Amended Complaint, and setting forth a briefing schedule (D.E. 40);

WHEREAS, on January 4, 2016, the Court granted the Parties' request, and ordered Facebook's motion to dismiss due on February 5, 2016, Plaintiff's opposition due on March 11, 2016, and Facebook's reply due on March 25, 2016 (D.E. 41);

WHEREAS, in a notice dated January 11, 2016, the Court scheduled an Initial Case Management Conference for Thursday, March 31, 2016, and set forth related deadlines (D.E. 42);

WHEREAS, pursuant to a November 27, 2015 order entered by Magistrate Judge Laporte before the case was reassigned to Judge Alsup, the Court set February 9, 2016 as the date for certain ADR deadlines (*see* D.E. 28), and by an order dated December 7, 2015, those deadlines were maintained when the case was reassigned to Judge Alsup (D.E. 33);

WHEREAS, the Parties have fully resolved all issues in this litigation, and Plaintiff will file a notice of dismissal with prejudice no later than March 4, 2016;

NOW, THEREFORE IT IS RESPECTFULLY REQUESTED THAT THE COURT ORDER AS FOLLOWS:

1. All deadlines, including but not limited to the briefing schedule, ADR deadlines, and Initial Case Management Conference, are vacated.

Dated: February 4, 2016

| */s/ Ricky R. Franklin* | */s/ Kristin Sheffield-Whitehead* |
|---|---|
| Ricky R. Franklin | Kristin Sheffield-Whitehead (SBN 304635) |
| 708 Brambling Way | KIRKLAND & ELLIS LLP |
| Stockbridge, GA 30281 | 555 California Street |
| (678) 650-3733 | San Francisco, CA 94104 |
| rrfrank12@hotmail.com | Telephone: (415) 439-1400 |
|  | Facsimile: (415) 439-1500 |
| *Pro Se* | Email: kristin.sheffield-whitehead@kirkland.com |
|  | *Attorney for Defendant Facebook, Inc.* |

JOINT STIPULATED REQUEST FOR AN ORDER VACATING ALL DEADLINES     1     CASE NO. 3:15-CV-05448-WHA

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I Kristin Sheffield-Whitehead am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: February 4, 2016

By: /s/ Kristin Sheffield-Whitehead
Kristin Sheffield-Whitehead (SBN 304635)
kwhitehead@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2016, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court of the Northern District of California by using the CM/ECF system, which will send notice of such filing to Ricky R. Franklin.

      /s/ Kristin Sheffield-Whitehead