1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   RICKY FRANKLIN,                                 No. C 15-05448 WHA

11              Plaintiff,

12     v.                                            **ORDER DENYING REQUEST
                                                     TO VACATE ALL DEADLINES**
13   FACEBOOK INC.,

14              Defendant.

15   _____/

16        A previous order granted the parties' stipulation to extend the due date for defendant

17   Facebook Inc.'s response to the complaint to February 5, 2016 (Dkt. No. 41).  Now, one day

18   before that due date, the parties have filed a request to vacate all deadlines because they have a

19   settlement in principle.  The parties' request is **DENIED**.  All deadlines will remain in place until

20   a notice of voluntary dismissal has been filed.

21

22        **IT IS SO ORDERED.**

23

24   Dated:  February 4, 2016.

25                                                   _____
                                                     WILLIAM ALSUP
26                                                   UNITED STATES DISTRICT JUDGE

27

28

*United States District Court*
For the Northern District of California